IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FLUOR FEDERAL SOLUTIONS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:19-cv-00698 |
| BAE SYSTEMS ORDNANCE SYSTEMS, INC., | ) By: Elizabeth K. Dillon<br>) United States District Judge |
| Defendant. | ) |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that plaintiff's motion for clarification is DENIED as moot (Dkt. No. 41) and plaintiff's motion to dismiss defendant's counterclaim is DENIED as to Count I and GRANTED as to Count II (Dkt. No. 44). The clerk shall provide a copy of this order and the opinion to all counsel of record.

Entered: March 15, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge