# Exhibit C



# Transcript of Kelly Bate, Continued

**Date:** September 23, 2022
**Case:** Fluor Federal Solutions, LLC -v- Bae Systems Ordnance Systems, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Kelly Bate, Continued
September 23, 2022

1 (1 to 4)

**Page 1**

```
1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF VIRGINIA

3                    Roanoke Division

4   - - - - - - - - - - - - - -x

5   FLUOR FEDERAL        :

6   SOLUTIONS, LLC,      :

7          Plaintiff,    :   Civil Action No.

8     v.                 :   7:19-CV-00698-EKD-RSB

9   BAE SYSTEMS ORDNANCE  :

10  SYSTEMS, INC.,        :

11         Defendant.     :

12  - - - - - - - - - - - - - -x

13

14       Continued Deposition of KELLY BATE

15              Conducted Virtually

16         Friday, September 23, 2022

17                10:01 a.m. ET

18

19

20  Job No.: 462748

21  Pages: 1 - 90

22  Reported By: Victoria Lynn Wilson, RMR, CRR
```

**Page 2**

```
1       Continued Deposition of KELLY BATE, conducted

2   virtually.

3

4

5

6

7

8

9       Pursuant to notice, before Victoria Lynn

10  Wilson, Registered Merit Reporter, Certified

11  Realtime Reporter, Notary Public in and for the

12  State of Maryland.

13

14

15

16

17

18

19

20

21

22
```

**Page 3**

```
1              A P P E A R A N C E S

2   ON BEHALF OF THE PLAINTIFF:

3     NED PARROTT, ESQUIRE

4       WATT, TIEDER, HOFFAR & FITZGERALD, LLP

5       1765 Greensboro Station Place

6       Suite 1000

7       McLean, VA 22102

8       (703) 749-1000

9

10  ON BEHALF OF THE DEFENDANT:

11     JEFFREY J. GOLIMOWSKI, ESQUIRE

12       WOMBLE BOND DICKINSON (US) LLP

13       8350 Broad Street

14       Suite 1500

15       Tysons, VA 22102

16       (703) 394-2275

17

18  ALSO PRESENT:

19     JOSEPH PORT, ESQUIRE

20     Crystal Alexander,

21       Planet Depos Remote Tech

22
```

**Page 4**

```
1              C O N T E N T S

2   EXAMINATION OF KELLY BATE              PAGE

3     By Mr. Parrott              6

4            E X H I B I T S

5       (Attached to transcript)

6   BATE EXHIBIT                    PAGE

7   Exhibit 669   3/17/16 Email Chain      11

8   Exhibit 670   4/14/16 Email Chain      17

9   Exhibit 671   4/19/16 Email Chain      27

10  Exhibit 672   4/18/16 Email Chain      31

11  Exhibit 673   9/1/16 Email Chain       34

12  Exhibit 674   5/12/16 Email Chain      39

13  Exhibit 675   3/3/16 Email Chain       41

14  Exhibit 676   7/21/16 Email Chain      44

15  Exhibit 677   7/19/16 Email Chain      44

16  Exhibit 678   7/27/17 Email Chain      46

17  Exhibit 679   12/21/17 Email Chain     48

18  Exhibit 680   7/7/16 Email Chain       52

19  Exhibit 681   8/24/16 Email Chain      55

20  Exhibit 682   10/5/16 Email Chain      58

21  Exhibit 683   11/22/16 UCO            63

22  Exhibit 684   3/30/17, PO Rev. 8, Mod. 7    68
```

Transcript of Kelly Bate, Continued

September 23, 2022

41

1  document.  Why did you ask her not to share the
2  document?
3      **A  I do not recall.**
4      MR. PARROTT:  If the witness could open
5  folder number 11, which we'll mark Exhibit 675.
6      (Bate Exhibit 675 was marked for
7  identification and is attached to the transcript.)
8      Q  There's just two emails here between you,
9  Ms. Bate, and Mr. Dixon from Fluor.  Could you
10 take a moment to review the two emails.
11     **A  Okay.**
12     Q  So, the subject matter of this email is
13 the change proposal for the boiler facility
14 relocation, in particular phase two, the
15 construction, and you advised Lura here that you
16 want to see the proposal as a delta and not as a
17 re-price.
18     Why did you want to see the proposal as a
19 delta?  Well, first of all, what did you mean by
20 "delta"?
21     **A  It would have been clarifying between a**
22 **bottoms-up proposal and a change proposal.  So, I**

42

1  **wanted Fluor to submit a change proposal as**
2  **specified in -- I think it's Bar Table 15-2, where**
3  **you demonstrate that the cost being submitted**
4  **above and beyond what's already on contract are**
5  **the result of the change.**
6      Q  Ms. Bate, do you know whether any work was
7  ever performed on the design of the temporary
8  facility?
9      MR. GOLIMOWSKI:  Objection.  That doesn't
10 have anything to do with this document, counsel.
11     **A  I don't recall.**
12     Q  Well, if -- if no work is done on the
13 temporary design and, of course, no work is done
14 on a temporary construction, do you think it's
15 reasonable for you to be asking in this document
16 for a delta pricing approach?
17     **A  I do.  If -- if a contract has been**
18 **executed for base scope and we're making a change**
19 **to that, both Fluor and BAE Systems would be held**
20 **accountable for original pricing and would only**
21 **have the opportunity to recover costs that are the**
22 **direct result of the -- the change to scope.**

43

1      Q  If the temporary facility was never
2  designed, how could you determine what the change
3  in scope would be?
4      MR. GOLIMOWSKI:  Objection.
5      **A  It would be the differences between the**
6  **two scopes of work.**
7      MR. GOLIMOWSKI:  I also want to object to
8  this document and in whole for the record.  This
9  was -- an exact copy of this document was produced
10 by Fluor, meaning that Fluor was in possession of
11 this document prior to deposing Ms. Bate
12 previously.  That exact copy is Fluor 00400058.
13     Q  Is it your understanding that there was
14 actually a scope of work for the temporary
15 facility from which one could make that delta
16 pricing approach?
17     MR. GOLIMOWSKI:  Objection.
18     **A  My understanding was that there was an**
19 **original statement of work and the permanent**
20 **facility was a different statement of work.**
21     Q  May I direct your attention, Ms. Bate, to
22 folder number 12.

44

1      (Bate Exhibit 676 was marked for
2  identification and is attached to the transcript.)
3      **A  Okay.**
4      Q  Do you recall the work on the boiler
5  project that was the subject of this notice of
6  differing site condition?
7      **A  I do not.**
8      Q  When you reflect in your email of
9  July 21st that this was, indeed, a differing site
10 condition, do you have any reason to believe
11 that -- or have you changed your mind at this
12 point?
13     MR. GOLIMOWSKI:  Objection.
14     **A  I'm unclear on what differing site**
15 **condition we're referring to here.**
16     Q  Well, why don't we open up folder 13 --
17 first, I didn't mark folder 12, which should be
18 676.  And now 13 is going to be 677.
19     (Bate Exhibit 677 was marked for
20 identification and is attached to the transcript.)
21     Q  See if that refreshes your recollection as
22 to the differing site condition that you described

Transcript of Kelly Bate, Continued
September 23, 2022

89

1          ACKNOWLEDGEMENT OF DEPONENT

2      I, KELLY BATE, do hereby acknowledge that

3 I have read and examined the foregoing testimony,

4 and the same is a true, correct and complete

5 transcription of the testimony given by me, and

6 any corrections appear on the attached Errata

7 sheet signed by me.

8

9

10

11 _____ _____

12    (DATE)        (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

90

1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2      I, Victoria L. Wilson, the officer before

3 whom the foregoing deposition was taken, do hereby

4 certify that the foregoing transcript is a true

5 and correct record of the testimony given; that

6 said testimony was taken by me stenographically

7 and thereafter reduced to typewriting under my

8 direction; that reading and signing was not

9 discussed; and that I am neither counsel for,

10 related to, nor employed by any of the parties to

11 this case and have no interest, financial or

12 otherwise, in its outcome.

13      IN WITNESS WHEREOF, I have hereunto set my

14 hand and affixed my notarial seal this 5th day of

15 October, 2022.

16 My commission expires February 3, 2024.

17

18

19 *Victoria L. Wilson*

20   VICTORIA L. WILSON

21   NOTARY PUBLIC IN AND FOR

22   THE STATE OF MARYLAND